IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2018 OCT -4  PM 4: 02

CLERK ____ ____ ____
WESTERN ____ ____ ____ TEXAS
BY _____

| | | |
|---|---|---|
| U.S. MONEY RESERVE, INC. D/B/A UNITED STATES RARE COIN & BULLION RESERVE, PLAINTIFF, | § § § § § | |
| V. | § § | CAUSE NO. 1:18-CV-577-LY |
| ARLENE M. KAGEN; WENDY C. WINER; AND ROBERT S. KAPLAN AS EXECUTORS OF THE ESTATE OF FLORENCE KAPLAN A/K/A FLORIE KAPLAN, DECEASED, DEFENDANTS. | § § § § § § § | |

## ORDER

**IT IS HEREBY ORDERED** that the Opposed Motion to Compel Arbitration filed August 13, 2018 (Doc. #11); Defendants and Counter-Plaintiffs' Response in Opposition to Plaintiff/Counter-Defendant's Opposed Motion to Compel Arbitration filed August 31, 2018 (Doc. #14); Reply to Defendants/Counter-Plaintiffs' Response to Plaintiff/Counter-Defendant's Opposed Motion to Compel Arbitration filed September 14, 2018 (Doc. #17); and Defendants and Counter-Plaintiffs' Surreply in Opposition to Plaintiff/Counter-Defendant's Opposed Motion to Compel Arbitration filed September 25, 2018 (Doc. #21) are **REFERRED** to United States Magistrate Mark Lane for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this _____ day of October, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE