UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| U.S. MONEY RESERVE, INC. D/B/A § <br> UNITED RARE COIN & BULLION § <br> RESERVE § <br> § <br> vs. § <br> § <br> ARLENE M. KAGAN, WENDY C. WINER, § <br> ROBERT S. KAPLAN, AS EXECUTORS OF § <br> THE ESTATE OF FLORENCE KAPLAN § <br> A/K/A FLORIE KAPLAN § | CIVIL NO: <br>  AU:18-CV-00577-LY |

### ORDER SETTING INITIAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case has been set for an INITIAL PRETRIAL CONFERENCE in Chambers, on the Seventh Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **February 27, 2019 at 10:00 AM.**

The parties' proposed scheduling order is tentatively approved and the parties shall comply with the dates set forth in paragraphs 1 through 7 of such proposed order pending the initial pretrial conference.

FURTHER, the parties are notified that at the initial pretrial conference, the Court will schedule a final pretrial conference and set a trial month.

SIGNED this **29th day of October, 2018**.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE